PROB 35

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:00CR00048-01 |
| ) | |
| **Janine Claribel REYES** ) | |
| ) | |

On November 19, 2003, the above-named releasee was sentenced to a term of supervised release for a period of 31 months. Supervised release commenced on January 13, 2004, and Ms. Reyes has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins

**RICHARD W. ELKINS
United States Probation Officer**

**Reviewed by:**   /s/ Joe E. Glaspie

**JOE E. GLASPIE
Deputy Chief United States Probation Officer**

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from the term of supervised release and that the proceedings in the case be terminated.

Dated this 22nd day of June, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RWE:RWE
Attachment:  Recommendation
cc:  United States Attorney's Office